## PFEIL v. JAMISON.

(Circuit Court of Appeals, Third Circuit. October 11, 1917.)

### No. 2238.

APPEAL AND ERROR ⬤⟲1106(4)—DETERMINATION—REVERSAL.

    Where an action for damages for false imprisonment was heard on the pleadings, and the questions involving police powers of a large municipality in times of widespread disorder could be far more intelligently disposed of when the evidence had been heard and was before the appellate court, the judgment will be reversed, and the case remanded for disposition on the evidence.

In Error to the District Court of the United States for the Eastern District of Pennsylvania.

Action by Melvin Pfeil, a citizen and resident of the state of Ohio, against Samuel C. Jamison, a citizen and resident of the state of Pennsylvania. There was a judgment for defendant, and plaintiff brings error. Reversed and remanded, with directions.

George J. Shaffer, of Pittsburgh, Pa., for plaintiff in error.

Charles H. Kline and C. A. Waldschmidt, both of Pittsburgh, Pa., for defendant in error.

Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. This was an action for damages for false imprisonment. The case was heard in the court below on the pleadings alone, and a judgment was entered thereon in favor of the defendant. The questions involved concern the police powers of a large municipality in times of widespread disorder. Without, at present, expressing any opinion whatever on the important and far-reaching questions discussed by counsel, we are of opinion the case could be far more intelligently and wisely disposed of by this court when the evidence has been heard and is before us.

Without, therefore, indicating any view upon the subject, and solely with a view of having the light of the proofs to hereafter aid us, we reverse this judgment, and remand the cause to the court below for the further procedure indicated; the costs in this court to await the further order of this court on the final disposition of the cause.